No. 822. NEW YORK CENTRAL R. CO. v. FARMER, ADMINISTRATRIX. April 25, 1932. Petition for writ of cer-

tiorari to the Supreme Court of New York granted. *Mr. William Mann* for petitioner. *Mr. Henry S. Miller* for respondent.